IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **PAUL BROGAN** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4-23-CV-04292** |
| | § | |
| **SELENE FINANCE, LP** | § | |

## NOTICE OF SETTLEMENT

Paul Brogan and Selene Finance, LP (collectively the "Parties") announce to the Court that all matters between the parties have been resolved. Settlement and dismissal documents are being drafted and circulated among the parties and a Stipulation and Order of Dismissal will be filed with the Court within 45 days.

Respectfully submitted on April 15, 2024.

        Respectfully submitted,

        VILT LAW, P.C.

        By: /s/ Robert C. Vilt
            ROBERT C. VILT
            Texas Bar Number 00788586
            Email: clay@viltlaw.com
        5177 Richmond Avenue, Suite 1142
        Houston, Texas 77056
        Telephone:    713.840.7570
        Facsimile:    713.877.1827
        ATTORNEYS FOR PLAINTIFF

HINSHAW & CULBERTSON, LLP

By: <u>/s/ *Alfredo Ramos (w/permission)*</u>
    ALFREDO RAMOS
    Texas Bar Number 24110251
    Federal Bar Number 3687680
    Email: framos@hinshawlaw.com
5151 San Felipe, Suite 1380
Houston, Texas 77056
Telephone:	346.344.4500
Facsimile:	312.704.3001

Eric J. Simonson
Texas Bar Number 24005197
400 Poydras Street, Suite 3150
New Orleans, LA 70130
Telephone:	504.904.8060
Facsimile:	504.617.7897

ATTORNEYS FOR DEFENDANT